UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-60416-DMM

GEORGIA FRASER, individually, and
LAMBERT FRASER, individually,

    Plaintiffs,

v.

AFNI, INC., a foreign corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs GEORGIA FRASER and LAMBERT FRASER, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice of Voluntary Dismissal Without Prejudice. A proposed order dismissing this action without prejudice is attached hereto as <u>Exhibit A</u>.

Respectfully submitted this 20th day of March, 2013.

                BRET L. LUSSKIN, Esq.
                *Attorney for Plaintiff*
                1001 N. Federal Hwy., Ste 106
                Hallandale Beach, Florida 33009
                Telephone: (954) 454-5841
                Facsimile: (954) 454-5844
                blusskin@lusskinlaw.com

By:   <u>/s/ Bret L. Lusskin, Esq.</u>
        Bret L. Lusskin, Esq.
        Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this 20th day of March, 2013, via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        1001 N. Federal Hwy., Ste 106
        Hallandale Beach, Florida 33009
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069