UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-60416-CIV-MIDDLEBROOKS/BRANNON

GEORGIA FRASER and
LAMBERT FRASER,

       Plaintiffs,

vs.

AFNI, INC.,

       Defendant.

_____/

## ORDER ACCEPTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS CAUSE comes before the Court upon the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (DE 7) ("Notice"), filed March 20, 2013. I have reviewed the Notice and am otherwise fully advised in the premises. Plaintiff filed this Notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (DE 7) is **ACCEPTED**.

It is further hereby **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** against Defendant; and

2. The Clerk of Court shall **CLOSE** this case;

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 20 day of March, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record